IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| LARRY MARTIN WRIGHT AND KERI SUMMER TIPPIE, | § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 9:23-CV-000105-MJT |
| v. | § § | JUDGE MICHAEL TRUNCALE |
| FIRST NATIONAL BANK OF LIVINGSTON, | § § § § | |
| Defendant. | § | |

## FINAL JUDGMENT

The Court has adopted the Magistrate Judge's report recommending that the Court dismiss this case. Accordingly, it is ORDERED that Plaintiffs Larry Martin Wright and Keri Summer Tippie take nothing, and the case is DISMISSED. The Clerk of Court is directed to close this case, and all pending motions are denied as moot.

**SIGNED this 25th day of March, 2025.**

Michael J. Truncale
United States District Judge